ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Government Services Corp. | ) | ASBCA Nos. 59209, 59210, 59311 |
| | ) | 60255, 60256 |
| Under Contract Nos. SP0600-11-D-4009 | ) | |
| SP0600-13-D-4512 | ) | |

APPEARANCE FOR THE APPELLANT:    Gregory R. Rauch, Esq.
Magyar, Rauch, & Thie, PLLC
Moscow, ID

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Jared M. Miller, Esq.
Kathryn M. Kelley, Esq.
Trial Attorneys
DLA Energy
Fort Belvoir, VA

ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed with prejudice.

Dated: 5 October 2017

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59209, 59210, 59311, 60255, 60256, Appeals of Government Services Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals